**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
**(Southern Division, Las Cruces)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARGARET McGUINN, | )<br>)<br>) |
| Plaintiff-Relator, | )<br>) Case No. 2:20-cv-00031 KG/KRS |
| v. | )<br>) |
| THE J.L. GRAY COMPANY, INC., et al., | )<br>) |
| Defendants. | )<br>) |

## PROPOSED ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

The Parties have filed a Joint Motion for Extension of Time to file their Joint Status Report and Provisional Discovery Plan ("Joint Status Report"). The Court grants this Motion for good cause shown.

**IT IS ORDERED** that the Parties shall have until Wednesday, May 26, 2021 to file the Joint Status Report.

Kevin R. Sweazea
United States Magistrate Judge

Submitted by:

*/s/Michael Allen*
Michael Allen*
Kali Schellenberg*

Reed N. Colfax, Bar No. 9302
RELMAN COLFAX, PLLC
1225 19TH Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 728-0848
Fax: (202) 728-0848
mallen@relmanlaw.com
kschellenberg@relmanlaw.com
rcolfax@relmanlaw.com
*Admitted *pro hac vice*

Robert K. Collins
New Mexico Fed. Bar No. 20-176
COLLINS LAW OFFICE, LLC
P.O. Box 4786
Olathe, Kansas 66063
Ph: (913) 538-7472
robert.collinslegal@gmail.com

*Attorneys for Plaintiff-Relator*

*/s/ Theresa W. Parrish*
Theresa W. Parrish
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
P.O. Box 1888
Albuquerque, New Mexico 87103
Telephone: (505) 768-7202
Email: TParrish@rodey.com

*Attorney for Defendants*