IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, ex rel.
MARGARET McGUINN,

        Relator,

v.                                        No. 2:20-cv-00031 KG/KRS

THE J.L. GRAY COMPANY; LOGAN ESTATES
2017, LLLP; PARKSIDE MANOR LIMITED
PARTNERSHIP; AND JLG PROPERTIES LLC,

        Defendants.

## ORDER GRANTING IN PART MOTION TO EXTEND
## DEADLINES FOR MOTIONS TO COMPEL

**THIS MATTER** comes before the Court on the parties' Joint Motion to Extend Deadlines for Motions to Compel, filed December 9, 2021 (Doc. No. 56) ("Joint Motion").  The parties request that the 21-day deadline to file a motion to compel after receiving an objection "not begin to run until either side declares the compromise discussions to be over."  (Doc. 56) at 1.  The Court will not grant a motion for an open-ended deadline to file a motion to compel.  Accordingly, the Court will grant the Joint Motion in part and will allow the parties to extend the 21-day deadline as requested, but will further require that all motions to compel be filed no later than June 17, 2022, which is the discovery motions deadline set forth in the Scheduling Order, (Doc. 47).

**IT IS THEREFORE ORDERED** that:

The parties will meet and confer regarding any discovery dispute for which a motion to compel might be filed.

3640920.1
3642434.1

- 2 -

The 21-day period described in D.N.M.LR-Civ. 26.6 will not start until any party notifies the other parties that compromise discussions have concluded.

This will be so for all motions to compel written discovery responses or document productions for the duration of this case or until further order of the Court.

**IT IS FURTHER ORDERED** that all motions to compel must be filed no later than June 17, 2022, the dispositive motions deadline set forth in the Scheduling Order, (Doc. 47).

_____
UNITED STATES MAGISTRATE JUDGE

- 3 -

*Counsel*:

| | |
|---|---|
| *Approved December 7, 2021*<br><br>Michael Allen*<br>Kali Schellenberg*<br>Reed N. Colfax, Bar No. 9302<br>RELMAN COLFAX, PLLC<br>1225 19th Street, NW, Suite 600<br>Washington, DC  20036<br>Telephone: (202) 728-0848<br>Fax: (202) 728-0848<br>mallen@relmanlaw.com<br>kschellenberg@relmanlaw.com<br>rcolfax@relmanlaw.com<br>*Admitted *pro hac vice*<br><br>Robert K. Collins<br>New Mexico Fed. Bar No. 20-176<br>COLLINS LAW OFFICE, LLC<br>P.O. Box 4786<br>Olathe, KS  66063<br>PH:  913-538-7472<br>Robert.collinslegal@gmail.com<br><br>*Attorneys for Plaintiffs* | RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.<br><br>By:/s/ *Theresa W. Parrish – Filed Electronically*<br>     Theresa W. Parrish<br>P. O. Box 1888<br>Albuquerque, New Mexico  87103<br>Telephone:  (505) 765-5900<br>Facsimile:  (505) 768-7395<br>tparrish@rodey.com<br><br>*Attorneys for Defendants* |