IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, ex rel.
MARGARET MCGUINN,

      Plaintiff,

v.                                  No. 2:20-cv-31 KG/KRS

THE J.L. GRAY COMPANY, et al.,

      Defendants.

**ORDER GRANTING JOINT MOTION TO MODIFY THE SCHEDULING ORDER**

UPON CONSIDERATION of the Parties' Joint Motion to Modify the Scheduling Order, (Doc. 69), it is hereby ORDERED that, good cause having been shown, the Motion is GRANTED.  The Court sets the following deadlines:

    (a)    Deadline for Plaintiff's expert reports:  **October 3, 2022**

    (b)    Deadline for Defendants' expert reports:  **November 2, 2022**

    (c)    Termination of discovery:  **October 3, 2022**

    (d)    Deadline for supplementing discovery/disclosures:  **October 3, 2022**

    (e)    Motions relating to discovery:  **October 17, 2022**

    (f)    All other motions:  **December 9, 2022**

    (g)    Pretrial order:    Plaintiff to Defendant by:  **February 3, 2023**

                             Defendant to Court by:  **February 17, 2023**

No further extensions will be granted absent a showing of exceptional cause.

    IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE