IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, ex rel.
MARGARET McGUINN,

        Plaintiff-Relator,

v.

THE J.L. GRAY COMPANY; LOGAN
ESTATES 2017, LLLP; PARKSIDE
MANOR LIMITED PARTNERSHIP; AND
JLG PROPERTIES LLC,

        Defendants.

Case No. 2:20-cv-00031 KG-KRS

**ORDER GRANTING JOINT MOTION TO MODIFY THE SCHEDULING ORDER**

THIS MATTER is before the Court on the Parties' Joint Motion to Modify the Scheduling Order, (Doc. 87), filed August 31, 2022. The parties ask for an approximately 90-day extension of all deadlines in this case, stating the documents produced thus far number in the tens of thousands and additional documents are still being produced. (Doc. 87) at 2. The parties state they need additional time to analyze and review the documents, fill in documentary gaps, issue subpoenas to third parties, and conduct depositions and expert discovery. *Id.* at 2-3.

In the Court's last order extending the scheduling order deadlines, the Court stated that no further extensions will be granted absent a showing of exceptional cause. (Doc. 70). The parties have had an extraordinarily long discovery period and the Court is hesitant to grant another extension. However, this case involves a large number of documents and has not been set for trial. Moreover, the parties confirmed at the August 25, 2022 status conference that their discovery delays would not preclude their ability to be prepared for the September 27, 2022

settlement conference. (Doc. 83). Therefore, the Court GRANTS the Motion for Extension, and sets the following deadlines:

(a)     Deadline for Plaintiff's expert reports:  **January 9, 2023**

(b)     Deadline for Defendants' expert reports:  **February 8, 2023**

(c)     Termination of discovery:  **January 9, 2023**

(d)     Deadline for supplementing discovery/disclosures:  **January 9, 2023**

(e)     Motions relating to discovery:  **January 23, 2023**

(f)     All other motions:  **March 17, 2023**

(g)     Pretrial order:        Plaintiff to Defendant by:  **May 12, 2023**

                Defendant to Court by:  **May 26, 2023**

No further extensions will be granted absent a showing of exceptional cause.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE