IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, ex rel.
MARGARET McGUINN,

      Plaintiff-Relator,

v.

                                                  Case No. 2:20-cv-00031 KG-KRS

THE J.L. GRAY COMPANY; LOGAN
ESTATES 2017, LLLP; PARKSIDE
MANOR LIMITED PARTNERSHIP; AND
JLG PROPERTIES LLC,

      Defendants.

## ORDER GRANTING MOTION TO WITHDRAW
## AS ATTORNEY KALI SCHELLENBERG

The Court hereby GRANTS Plaintiff-Relator's counsel's Motion to Withdraw as Attorney Kali Schellenberg. Kali Schellenberg is hereby withdrawn as Plaintiff-Relator's counsel in the above-captioned case. Michael Allen, Zoila E. Hinson, Edward K. Olds, Reed Colfax, and Robert Collins shall remain on the docket as Plaintiff-Relator's counsel.

IT IS SO ORDERED.

                                                                                           _____
                                                                                           UNITED STATES DISTRICT JUDGE