IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, ex rel.
MARGARET MCGUINN,

    Plaintiff,

v.   No. 2:20-cv-31 KG/KRS

THE J.L. GRAY COMPANY, et al.,

    Defendants.

## ORDER FOR MONTHLY STATUS REPORTS

THIS MATTER is before the Court upon the parties' partial settlement and the stay of this case pending continuing settlement negotiations. (Docs. 104, 106, 107).

IT IS HEREBY ORDERED that the parties shall send the Court monthly joint status reports on implementation of the settlement agreement for the non-monetary aspects of the case, and any other developments concerning the progress of settlement. To preserve the confidentiality of the parties' settlement negotiations, the parties shall e-mail the status reports to the undersigned at sweazeaproposedtext@nmd.uscourts.gov. The first status report is due **May 1, 2023**.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE