IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, ex rel.
MARGARET MCGUINN,

    Plaintiff,

v.                        No. 2:20-cv-31 KG/KRS

THE J.L. GRAY COMPANY, et al.,

    Defendants.

### ORDER FOR NOTICE REGARDING SETTLEMENT

THIS MATTER is before the Court upon the parties' representations at the March 12, 2024 status conference regarding the status of the parties' agreement to settle this case, reached on November 30, 2023.

IT IS HEREBY ORDERED that each party shall file a notice **by March 26, 2024** stating its position as to whether there is a binding agreement to settle this case. If a party takes the position that there is a binding agreement, the party shall state what steps are needed to enforce the agreement. If a party does not think there is a binding agreement, the party shall so state. After receipt of the parties' notices, the Court will set briefing deadlines or a scheduling conference to set discovery and other pretrial deadlines.

IT IS SO ORDERED.

                                              _____
                                              KEVIN R. SWEAZEA
                                              UNITED STATES MAGISTRATE JUDGE