# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, ex rel.
MARGARET MCGUINN,

    Plaintiff,

v.                                                                                                                                      No. 2:20-cv-31 KG/KRS

THE J.L. GRAY COMPANY, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a telephonic status conference will be held on **Friday, August 16, 2024 at 2:30 p.m.** to discuss with the parties and counsel for the Department of Justice a means to negotiate the terms of the settlement reached on April 18, 2024.  Counsel for both parties, Ruth Keegan (Assistant United States Attorney), and Nelson Wagner (counsel for the Department of Justice), shall call **(888) 398-2342** and **enter code 8193818** to join the proceedings.

IT IS FURTHER ORDERED that counsel for Plaintiff shall provide a copy of this Order to Mr. Wagner, as he has not entered his appearance in this case.

IT IS SO ORDERED.

                                                                                         */s/ Kevin Sweazea*
                                                                                      KEVIN R. SWEAZEA
                                                                                      UNITED STATES MAGISTRATE JUDGE