IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, *ex rel.*
MARGARET MCGUINN,

    Relator,

    v.                                                                                 20-cv-00031 KG/KRS

J.L. GRAY COMPANY, INC., *et al.*,

    Defendants.

## **ORDER**

The Relator Margaret McGuinn and Defendants J.L. Gray Company, Inc.; Logan Estates 2017, LLLP; Parkside Manor Limited Partnership; and JLG Properties LLC, having filed a joint stipulation of dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1.    This action is dismissed with prejudice as to Relator Margaret McGuinn and without prejudice as to the United States;

2.        The seal shall be lifted upon Relator's Complaint and Amended Complaint, Relator's Notice of Voluntary Dismissal, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

_____
UNITED STATES DISTRICT JUDGE